UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22798-CIV-COOKE
        (04-20487-CR-COOKE)
MAGISTRATE JUDGE P.A. WHITE

CHARLES WOOTEN,                    :

        Movant,                    :
                                              INITIAL ORDER
v.                                 :       OF INSTRUCTIONS TO
                                             PRO SE LITIGANT
UNITED STATES OF AMERICA,          :

        Respondent.                :
_____

     At the outset of a pro se case, it is essential that the pro
se litigant understand certain procedural information.    It is
thereupon


     ORDERED AND ADJUDGED as follows:


     1.   No letters can be sent to the Clerk of the Court or to
any District Judge or Magistrate Judge concerning the case.  All
letters will be ignored.  A pro se litigant may file a motion, a
memorandum, any pleading allowed by the procedural rules, or any
document ordered by the Court, but no letters will receive a
response.


     2.   A pro se litigant and his or her family, friends or
acquaintances must not call any Judge's office for any reason.  No
information about the case can be obtained from the Judge's office.

Brief case status information contained on the docket sheet may be available from the Clerk of Court, but no Court employee can provide legal advice to any litigant, <u>pro se</u> or otherwise.

3.   A <u>pro se</u> litigant must promptly notify the Court in writing of any change of his or her address.  This notice must be provided on a paper labeled "Notice of Change of Address" and must include the case number, the litigant's name, and the new address. A copy must be sent to counsel for the opposing side, and the notice shall include a certificate of service that a copy has been sent to counsel for the opposing side.  Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

DONE AND ORDERED at Miami, Florida this 15 day of August, 2013.

**s/Patrick A. White**
UNITED STATES MAGISTRATE JUDGE

cc:  Charles Wooten, <u>Pro Se</u>
     Reg. No. 48785-004
     FCI - Talladega
     P. O. Box 1000
     Talladega, AL 35160

     United States Attorney
     Miami, FL